Search Warrant

| | FILED | _____ LODGED |
|---|---|---|
| | ✓ RECEIVED | _____ COPY |

# UNITED STATES DISTRICT COURT

for the

District of Arizona

OCT 2 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ **DEPUTY**

In the Matter of the Search of

*(Briefly Describe the property to be searched or identify the person by name and address)*

A home located at 1 mile south of Dine College in Tsaile, Arizona, and more precisely located at the following grid coordinates: 36.280786, -109.219475.

Case No.   22-4389 MB CDB

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of __Arizona__ .
(identify the person or describe the property to be searched and give its location):

### As further described in Attachment A.

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

### As further described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____ **November 4, 2022** _____ .

*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)   ☐ for 30 days (*not to exceed 30*)
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____

**Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.10.21 16:27:01 -07'00'

*Judge's signature*

City and State: Flagstaff, Arizona _____

Honorable Camille D. Bibles
*Printed name and title*

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:**  A home located at 1 mile south of Dine College in Tsaile, Arizona, and more precisely located at the following grid coordinates: 36.280786, -109.219475.

**DESCRIPTION OF HOME:**  A brown, one room shack between a Hogan and a house.

**PHOTO ATTACHED:** <u>Yes</u>



## <u>ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED</u>

1.    The fugitive FRANSEN DARREN BEN.

2.    A .22 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

3.    A .40 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

4.    A 9 mm firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

5.    A .223 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

6.    Ammunition associated with a .22 caliber, .40 caliber, 9 mm, or .223 caliber firearm.

7.    Accessories or items related to the operation, maintenance, or storage of a 22 caliber, .40 caliber, 9 mm, or .223 caliber firearm.

8.    Any other evidence of possession of other, yet unspecified firearms.

9.    Any other firearms, ammunition, or accessories related to the operation, maintenance, or storage of those firearms.

10.    Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records.

AO 106 Application for a Search Warrant

```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

        OCT 2 1 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

**In the Matter of the Search of**

A home located at 1 mile south of Dine College in Tsaile, Arizona, and more precisely located at the following grid coordinates: 36.280786, -109.219475.

Case No.  22-4389 MB CDB

## ELECTRONIC APPLICATION FOR A SEARCH WARRANT

I, Special Agent Dustin Blazer Drace, a federal law enforcement officer or an attorney for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

### See Attachment A

located in the District of Arizona there is now concealed:

### See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Unlawful Possession of a Firearm |

The application is based on the facts contained in the attached Affidavit of SA Dustin Drace.

☒ Continued on the attached sheet.

☐ Delayed notice of __ days is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA /s/ Raynette M. Logan *RP*

*Applicant's Signature*

**Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

Dustin Blazer Drace, Federal Bureau of Investigations
*Printed name and title*

Date/Time _____

X _____ Sworn by Telephone.

Date: _____

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2022.10.21
16:26:34 -07'00'

*Judge's signature*

City and state:  Flagstaff, Arizona

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:**  A home located at 1 mile south of Dine College in Tsaile, Arizona, and more precisely located at the following grid coordinates: 36.280786, -109.219475.

**DESCRIPTION OF HOME:**  A brown, one room shack between a Hogan and a house.

**PHOTO ATTACHED:**  Yes



## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.     The fugitive FRANSEN DARREN BEN.

2.     A .22 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

3.     A .40 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

4.     A 9 mm firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

5.     A .223 caliber firearm or any evidence of possession of a firearm to include records or documents substantiating ownership or possession.

6.     Ammunition associated with a .22 caliber, .40 caliber, 9 mm, or .223 caliber firearm.

7.     Accessories or items related to the operation, maintenance, or storage of a 22 caliber, .40 caliber, 9 mm, or .223 caliber firearm.

8.     Any other evidence of possession of other, yet unspecified firearms.

9.     Any other firearms, ammunition, or accessories related to the operation, maintenance, or storage of those firearms.

10.     Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**REDACTED ELECTRONICALLY-SUBMITTED AFFIDAVIT**

I, Dustin Drace, Special Agent of the Federal Bureau of Investigation, state under oath as follows:

1.    I am employed by the Federal Bureau of Investigation (hereinafter FBI) and am an investigator/law enforcement officer of the United States within the meaning of Title 18, United States Code Section 2510(7).  As such, I am an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516.  I have been a Special Agent with the FBI since January 2018.  In my time as an FBI Special Agent, I have investigated numerous violations of federal law, to include homicides and assaults, both as the case agent and as a co-case agent.

2.    The statements contained in this Affidavit are based on information acquired by me personally through investigation of the facts of this case or on information provided to me by other FBI Special Agents, Investigators from Navajo Nation Department of Criminal Investigation (NDCI), and other law enforcement officers, either directly or indirectly through their reports or affidavits, surveillance conducted by law enforcement officers, and information provided by witnesses.  In addition, in making the statements set forth herein, I have relied on my experience, training, and background as a Special Agent with the FBI.

3.    Because this Affidavit is being submitted for the limited purpose of obtaining a search warrant, I have not included every fact known to me concerning this investigation.

1

I have set forth only the facts that I believe are necessary to establish probable cause for a search warrant.

## Introduction

4.    This case involves possession of a firearm or firearms by a prohibited possessor, FRANSEN DARREN BEN (hereinafter BEN).  BEN was convicted of Robbery (Aid and Abet), in CR-17-8087-001-PCT-GMS, in the U.S. District Court, District of Arizona, dated September 10, 2018.  Defendant is believed to be in possession of multiple firearms at his residence located approximately 1 mile south of the Dine College in Tsaile, Arizona, and more precisely located at the following Global Positioning Satellite grid coordinates: 36.280786, -109.219475.  The location is on the Navajo Indian Reservation (Indian Country) in the District of Arizona.  Additionally, a warrant for BEN's arrest is outstanding, NIC #W516738470, issued on June 7, 2022, for a probation violation. This Affidavit is made in support of a search warrant for the home where the fugitive BEN is believed to reside and where BEN is believed to be in possession of firearms.  The home is fully described in Attachment A.  The things to be searched for and seized pertain to the fugitive BEN for his outstanding warrant and items related to possible unlawful possession of a firearm (among other statutes), pursuant to 18 U.S.C. § 922(g)(1).  The things to be searched for and seized from the home are specifically described in Attachment B.

## Investigation

5.    On October 20, 2022, Navajo Police Department (hereinafter NPD) Sergeant Tyler Lynch contacted your affiant and advised that the NPD Proactive Crime Enforcement Team conducted a traffic stop earlier that day and arrested J.N. tribally for violations related

2

to unlawful possession of a firearm. During an interview of J.N., he advised that the firearm was given to him as a gift by BEN.

NPD Incident Report Form 05-22-024774

6.     On October 21, 2022, Sgt. Lynch provided NPD Incident Report Form 05-22-024774, dated October 20, 2022, and authored by NPD Officer Nehemiah Begay. A review of the Incident Report Form revealed the following, in summary:

7.     On October 20, 2022, at approximately 4:04 PM, Officer Begay was responding east along Navajo Route 13 to an unrelated call for service near Lukachukai, Arizona. Officer Begay observed an individual wearing black clothing walking west along Navajo Route 13. The individual was carrying a folding lawn chair in a black cover over his shoulder.

8.     Following the completion of the call for service, Officer Begay was driving back west along Navajo Route 13 near the Totsoh Trading Post in Lukachukai. A black Jeep was leaving the store when Officer Begay believed the Jeep saw Officer Begay's patrol vehicle. The jeep stopped approximately 10 yards before the next turnoff. Officer Begay passed the vehicle, which continued on at a speed Officer Begay did not consider consistent with the posted speed limit. Officer Begay turned off Navajo Route 13 and parked perpendicular to the roadway. The jeep passed Officer Begay and, with the sun shining, Officer Begay was able to see clearly into the vehicle and observed that the passenger in the Jeep was not wearing a seatbelt.

9.     Officer Begay pulled out behind the jeep, which continued on Navajo Route 13 to the intersection with Navajo Route 12. The Jeep activated its left turn signal and

3

turned left onto Navajo Route 12 before immediately turning right onto a dirt road south of Navajo Route 12. The Jeep failed to use its right turn signal and Officer Begay subsequently initiated a traffic stop. As Officer Begay approached the front, passenger door, he observed the passenger attempting to pull the seatbelt down to secure himself, but the seatbelt was stuck. The front passenger also appeared to reach down underneath his seat.

10.     Following Officer Begay's notification of the reason for the stop and related discussion with the driver, identified as T.G., Officer Begay had T.G. exit the vehicle before meeting T.G. at Officer Begay's patrol vehicle. Officer Begay asked T.G. where they were driving from and T.G. advised they were checking the mail and picked up a passenger to take him home. T.G. stated the passenger was J.N. He was giving J.N. a ride because J.N. did not live far from T.G. Officer Begay asked T.G., among other things, if there were any guns in the vehicle. T.G. did not immediately answer before putting his hands up and stating, "I don't mess around with guns." Officer Begay asked T.G. if he could search his vehicle and T.G. stated, "if you want to search the vehicle, yeah."

11.     Officer Begay removed J.N. and C.C., who was T.G.'s brother riding in the back seat. During Officer Begay's search of the back seat behind the driver, he saw a handle wrapped with black electrical tape sticking out of a black folding law chair sleeve. Officer Begay opened the draw string of the lawn chair sleeve and saw a trigger guard of a gun. After Officer Begay was able to remove the item, and he identified it as a blue-colored, Maverick Arms Model 88 12 gauge pump action shotgun, serial number MV0747862, with the butt stock removed and a black sling. Officer Begay saw that the

4

firearm was loaded. As Officer Begay walked back to his patrol vehicle with the firearm, he overheard J.N. say, "I'm sorry I got you guys in trouble."

12.     Officer Begay advised J.N. of his Miranda Rights. J.N. advised he wished to answer Officer Begay's questions. J.N. admitted that the shotgun belonged to him and that it was given to him as a gift for his birthday in September from his friend BEN. J.N. advised that BEN had approximately six or seven guns in his possession. J.N. stated that BEN was currently at his residence at "The Woods," which was known to Officer Begay to be the Ben family plot located 1 mile south of the Dine College in Tsaile, Arizona. BEN's residence was the shack located between a Hogan and the house.

### NPD Incident Report Form 05-22-024780

13.     On October 21, 2022, Sgt. Lynch provided NPD Incident Report Form 05-22-024780, dated October 20, 2022, and was authored by NPD Officer Dion Vandever. A review of the Incident Report Form revealed the following, in summary:

14.     On October 20, 2022, Officer Vandever conducted an interview of J.N. J.N. advised he receive the shotgun located by Officer Begay from BEN at The Woods. BEN gave it to J.N. as a gift for his birthday approximately six days prior. J.N. advised that BEN had additional weapons to include at least a 9 mm handgun, a .22 caliber bolt action rifle, a .40 caliber handgun, and a .223 caliber "AR."

15.     J.N. was asked to identify the location of BEN's residence using Google Maps. J.N. located the residence at associated Global Positioning Satellite grid coordinates 36.280786, -109.219475, and circled it with a pen.

### Outstanding Warrant

5

16.     On October 21, 2022, BEN's criminal history was obtained and an outstanding warrant, NIC #W516738470 was identified.  On the same date, I spoke with United States Probation Officer, United States District Court of Arizona, Audrey Bethel, who advised that she supervised BEN on his supervised release conditions, following a previous felony conviction.  Following completion of his prison sentence, BEN failed to report to a halfway house, and the federal warrant was subsequently issued on June 7, 2022.

17.     On October 21, 2022, I was in contact with Deputy United States Marshal Tyler Scott who advised he was in receipt of the warrant for BEN. On August 10, 2022, Deputy Scott and others, to include Bureau of Alcohol, Tobacco, Firearms, and Explosives (hereinafter BATFE) Special Agent Zach Rominger, attempted to arrest BEN pursuant to his warrant at the residence previously identified. Deputy Scott advised that BEN was not present, but that firearms were located at the residence and confiscated by Special Agent Rominger.

<u>BATFE Investigation Number 785140-22-0051</u>

18.     On October 21, 2022, I was in receipt of a Report of Investigation for the BATFE, Investigation Number 785140-22-0051, from Special Agent Rominger. A review of the report revealed the following:

19.     On August 10, 2022, Special Agent Rominger accompanied the United States Marshals Service in an attempt to locate BEN at his residence in Tsaile, Arizona, located 1 mile south of Dine College. M.B. was at the residence and exited. The residence was described as a one room shack containing shelves, a bed, and a couch.

20.     M.B. was BEN's nephew. He advised that the residence belonged to BEN.

6

A shotgun – an Akaar model Churchill 612 12 gauge pump action shotgun, serial number 57-G21PT-2256 – was laying on the couch in plain view, and a handgun – a Taurus model G3C 9 mm semiautomatic, serial number ACA437093 – was located in the couch cushions. M.B. further advised that the guns belonged to BEN and also identified a pistol in a pistol box, a High Point model C9 9mm, with an obliterated serial number.

### Conclusion

21.     Based on the foregoing, I believe there is probable cause to support that violations of federal law have occurred as described above.  The place to be searched is particularly described in Attachment A, and the things to be searched for and/or seized are described with particularly in Attachments B.    Accordingly, I respectfully request the issuance of a federal search warrant for the home described in Attachment A.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

October 21, 2022
Executed on (Date)

Dustin Blazer Drace
Special Agent
Federal Bureau of Investigation

Telephonically subscribed and sworn to before me 21st  day of October, 2022.

Camille D.
Bibles

Digitally signed by
Camille D. Bibles
Date: 2022.10.21
16:25:56 -07'00'

Honorable Camille D. Bibles
United States Magistrate Judge

7